### AVERY et al. *v.* LAUVE et al.

APPEAL from the Fourth District Court of New Orleans, *Strawbridge,* J. The judgment of the court was pronounced by

SLIDELL, J. The judgment in this case is affirmed for the reasons stated in the case of *McAlpin* v. *Lauve et al.,* just decided.

*C. A. Jones,* for the plaintiffs.    *Bonford,* for the appellants.